Aetna Mortgage and Security Company, appellee, v. Pilcher Hamilton Daily Company, appellant. Gen. No. 36,549.

Heard in the third division of this court for the first district at the February term, 1933. 
Opinion filed March 14, 1934. Rehearing denied March 30, 1934.

A. W. Glaskay, for appellant. Luster & Luster, for appellee; Julian J. Luster, of counsel.

Mr. Presiding Justice Hall delivered the opinion of the court.

The People of the State of Illinois ex rel. John W. Calhoun, appellee, v. Richard J. Collins et al., appellants. Gen. No. 36,559.

Heard in the third division of this court for the first district at the February term, 1933. 
Opinion filed March 14, 1934.

William H. Sexton, Corporation Counsel, and Francis J. Vurpillat, Assistant Corporation Counsel, for appellants. Crow & Loeff, for appellee.

Mr. Presiding Justice Hall delivered the opinion of the court.

The People of the State of Illinois ex rel. Arthur J. Clements, appellee, v. Richard J. Collins et al., appellants. Gen. No. 36,560.

Heard in the third division of this court for the first district at the February term, 1933. 
Opinion filed March 14, 1934.

William H. Sexton, Corporation Counsel, and Francis J. Vurpillat, Assistant Corporation Counsel, for appellants. Crow & Loeff, for appellee.

Mr. Presiding Justice Hall delivered the opinion of the court.

The People of the State of Illinois ex rel. John W. Gavin, appellee, v. City of Chicago et al., appellants. Gen. No. 36,561.

Heard in the third division of this court for the first district at the February term, 1933. Opinion filed March 14, 1934.

William H. Sexton, Corporation Counsel, and Francis J. Vurpillat, Assistant Corporation Counsel, for appellants. Crow & Loeff, for appellee.

Mr. Presiding Justice Hall delivered the opinion of the court.